FILED
Clerk
District Court

DEC - 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MEREDITH ODEN, ) | CIVIL CASE NO. 98-0020 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF RELEASE OF EXHIBITS |
| ) | |
| BRUNO DALLA POZZA, et al. ) | |
| ) | |
| Defendant. ) | |

Douglas Cushnie
P.O. Box 500949
Saipan, MP 96950

G. Anthony Long
P.O. Box 504970
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this   1st   day of   December  , 2005

GALO L. PEREZ, Clerk of Court

By: Ignacio C. Benavente
Chief Deputy Clerk
U.S. District Court
Northern Mariana Islands

AO 187                                                           **EXHIBIT AND WITNESS LIST**

| | | | | |
|---|---|---|---|---|
| MEREDITH ODEN -v- BRUNO DALLA POZZA, NORTHERN MARIANAS COLLEGE, ET AL | | | | District Court<br>NORTHERN MARIANA ISLANDS |
| **Plaintiff's Attorney**<br>DOUGLAS F. CUSHNIE, ESQ. | | **Defendant's Attorney**<br>G. ANTHONY LONG, ESQ. | | Docket Number: CV-98-0020<br>Trial Date(s): 2/14, 15 & 16/2000 |
| **Presiding Judge**<br>HONORABLE ALEX R. MUNSON | | **Court Reporter**<br>SANAE N. SHMULL | | **Courtroom Deputy**<br>GALO L. PEREZ, Clerk of Court |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Plaintiff Witness # 1 - MEREDITH ODEN, Plaintiff - 02/14/2000 |
| 1 | | 02/14/00 | 02/14/00 | 02/14/00 | MEMORANDUM DATED 3/8/96 TO NMC PRESIDENT, FROM NMC STUDENT |
| 2 | | 02/14/00 | 02/14/00 | 02/14/00 | LETTER DATED 03/18/96 TO MEREDITH ODEN FROM AGNES M. MCPHETRES. |
| 3 | | 02/14/00 | 02/14/00 | 02/14/00 | STATEMENT DATED 4/10/96, SIGN & DATED 4/16/96 BY MEREDITH ODEN. |
| 4 | | 02/14/00 | 02/14/00 | 02/14/00 | LETTER DATED 2/25/97 TO MEREDITH ODEN FROM AGNES M. MCPHETRES. |
| 8 | | 02/14/00 | 02/14/00 | 02/14/00 | BILLING STATEMENT FROM JARDIN ESCONDIDO COUNSELING CENTER |
| 9 | | 02/14/00 | 02/14/00 | 02/14/00 | BILLING STATEMENT FROM EASTERN NEVADA MEDICAL GROUP DATED 01/23/98 |
| | P | | 02/14/00 | | TRANSCRIPT OF ADMINISTRATIVE HEARING |
| | A | 02/14/00 | 02/14/00 | 02/14/00 | GRADE TRANSCRIPT OF COURSES TAKEN AT NMC. |
| | | | | | Plaintiff Witness #2 - MARY SUSAN SATUR, Counselor/Academic Advisor, NMC - 02/14/2000 |
| 10 | | 02/14/00 | 02/14/00 | 02/14/00 | STATEMENT OF MARY SUSAN SATUR DATED 4/10/96 |
| | | | | | Plaintiff Witness #2 - MARY SUSAN SATUR - 02/15/2000 |
| | L | 02/15/00 | 02/15/ | 02/15/00 | MEMORANDUM TO PRESIDENT AGNES MCPHETRES DATED 2/19/97 FROM COMMITTEE ON SEXUAL HARASSMENT |
| | J | 02/15/00 | 02/15/00 | 02/15/00 | NORTHERN MARIANAS COLLEGE BOARD POLICY ON SEXUAL HARASSMENT ADOPTED 8/31/93 |
| | C | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF RESTROOM AT BUILDING H |
| | F | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF RESTROOM AREA |
| | E | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF WATER TANK |
| | G | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF RESTROOM AREA FROM BOTTOM STEPS |
| | H | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF CORRIDOR LEADING TO STEPS BY RESTROOM |
| | I | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF ENTRANCE TO SNACK BAR |
| | | | | | Plaintiff Witness #3 - LYNN NEWPORT by deposition taken 1/18/99 read by Mr. Cushnie |
| 5 | | 0215/00 | 02/15/00 | 02/15/00 | LETTER DATED 2/25/97 TO BRUNO DALLA POZZA FROM AGNES M. MCPHETRES. |
| | | | | | Plaintiff Witness #4 - GENE SYLVESTER ODEN - 02/15/00 |
| | Q | | 02/15/00 | | AFFIDAVIT OF GENE SYLVESTER ODEN |
| | | | | | PLAINTIFF REST - 02/15/2000 |
| | | | | | DEFENDANT"S CASE: |
| | | | | | 1) BRUNO DALLA POZZA |
| | | | | | DEFENDANT REST - 02/15/2000 |
| | | | | | PLAINTIFF'S REBUTTAL WITNESS - 1) MEREDITH ODEN - 02/15/2000 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages