

```
                                                          F I L E D
                                                             Clerk
                                                         District Court

                                                          DEC - 5 2005
IN THE UNITED STATES DISTRICT COURT
            FOR THE                        For The Northern Mariana Islands
    NORTHERN MARIANA ISLANDS               By_____
                                                   (Deputy Clerk)
```

| | | |
|---|---|---|
| MEREDITH ODEN, | ) | CIVIL CASE NO. 98-0020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | EXHIBIT WITHDRAWAL RECEIPT |
| | ) | |
| BRUNO DALLA POZZA, et al. | ) | |
| | ) | |
| Defendant. | ) | |

### EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

### AS PER ATTACHED DEFENDANT'S EXHIBIT LIST

Dated: __12/05__, 2005

Acknowledge by:  _____
                 G. Anthony Long
                 P.O. Box 504970
                 Saipan, MP 96950

Approved:        _____
                 Ignacio C. Benavente
                 Chief Deputy Clerk

AO 187

# EXHIBIT AND WITNESS LIST

| | |
|---|---|
| MEREDITH ODEN -v- BRUNO DALLA POZZA, NORTHERN MARIANAS COLLEGE, ET AL | District Court: NORTHERN MARIANA ISLANDS |
| Plaintiff's Attorney: DOUGLAS F. CUSHNIE, ESQ. | Docket Number: CV-98-0020 |
| Defendant's Attorney: G. ANTHONY LONG, ESQ. | Trial Date(s): 2/14, 15 & 16/2000 |
| Presiding Judge: HONORABLE ALEX R. MUNSON | Courtroom Deputy: GALO L. PEREZ, Clerk of Court |
| Court Reporter: SANAE N. SHMULL | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Plaintiff Witness # 1 - MEREDITH ODEN, Plaintiff - 02/14/2000 |
| 1 | | 02/14/00 | 02/14/00 | 02/14/00 | MEMORANDUM DATED 3/8/96 TO NMC PRESIDENT, FROM NMC STUDENT |
| 2 | | 02/14/00 | 02/14/00 | 02/14/00 | LETTER DATED 03/18/96 TO MEREDITH ODEN FROM AGNES M. MCPHETRES. |
| 3 | | 02/14/00 | 02/14/00 | 02/14/00 | STATEMENT DATED 4/10/96, SIGN & DATED 4/16/96 BY MEREDITH ODEN. |
| 4 | | 02/14/00 | 02/14/00 | 02/14/00 | LETTER DATED 2/25/97 TO MEREDITH ODEN FROM AGNES M. MCPHETRES. |
| 8 | | 02/14/00 | 02/14/00 | 02/14/00 | BILLING STATEMENT FROM JARDIN ESCONDIDO COUNSELING CENTER |
| 9 | | 02/14/00 | 02/14/00 | 02/14/00 | BILLING STATEMENT FROM EASTERN NEVADA MEDICAL GROUP DATED 01/23/98 |
| | P | | 02/14/00 | | TRANSCRIPT OF ADMINISTRATIVE HEARING |
| | A | 02/14/00 | 02/14/00 | 02/14/00 | GRADE TRANSCRIPT OF COURSES TAKEN AT NMC. |
| | | | | | Plaintiff Witness #2 - MARY SUSAN SATUR, Counselor/Academic Advisor, NMC - 02/14/2000 |
| 10 | | 02/14/00 | 02/14/00 | 02/14/00 | STATEMENT OF MARY SUSAN SATUR DATED 4/10/96 |
| | | | | | Plaintiff Witness #2 - MARY SUSAN SATUR - 02/15/2000 |
| | L | 02/15/00 | 02/15/ | 02/15/00 | MEMORANDUM TO PRESIDENT AGNES MCPHETRES DATED 2/19/97 FROM COMMITTEE ON SEXUAL HARASSMENT |
| | J | 02/15/00 | 02/15/00 | 02/15/00 | NORTHERN MARIANAS COLLEGE BOARD POLICY ON SEXUAL HARASSMENT ADOPTED 8/31/93 |
| | C | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF RESTROOM AT BUILDING H |
| | F | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF RESTROOM AREA |
| | E | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF WATER TANK |
| | G | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF RESTROOM AREA FROM BOTTOM STEPS |
| | H | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF CORRIDOR LEADING TO STEPS BY RESTROOM |
| | I | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF ENTRANCE TO SNACK BAR |
| | | | | | Plaintiff Witness #3 - LYNN NEWPORT by deposition taken 1/18/99 read by Mr. Cushnie |
| 5 | | 0215/00 | 02/15/00 | 02/15/00 | LETTER DATED 2/25/97 TO BRUNO DALLA POZZA FROM AGNES M. MCPHETRES. |
| | | | | | Plaintiff Witness #4 - GENE SYLVESTER ODEN - 02/15/00 |
| | Q | | 02/15/00 | | AFFIDAVIT OF GENE SYLVESTER ODEN |
| | | | | | PLAINTIFF REST - 02/15/2000 |
| | | | | | DEFENDANT'S CASE: |
| | | | | | 1) BRUNO DALLA POZZA |
| | | | | | DEFENDANT REST - 02/15/2000 |
| | | | | | PLAINTIFF'S REBUTTAL WITNESS - 1) MEREDITH ODEN - 02/15/2000 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.