FILED
Clerk
District Court

JAN 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| MEREDITH ODEN, | ) | CIVIL CASE NO. 98-0020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| | ) | |
| BRUNO DALLA POZZA, et al. | ) | |
| | ) | |
| Defendant. | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this _11th_ day of _January_ _2006_.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

| | | | | | |
|---|---|---|---|---|---|
| MEREDITH ODEN -v- BRUNO DALLA POZZA, NORTHERN MARIANAS COLLEGE, ET AL | | | | | District Court<br>NORTHERN MARIANA ISLANDS |
| Plaintiff's Attorney<br>DOUGLAS F. CUSHNIE, ESQ. | | | Defendant's Attorney<br>G. ANTHONY LONG, ESQ. | | Docket Number: CV-98-0020 |
| | | | | | Trial Date(s): 2/14, 15 & 16/2000 |
| Presiding Judge<br>HONORABLE ALEX R. MUNSON | | | Court Reporter<br>SANAE N. SHMULL | | Courtroom Deputy<br>GALO L. PEREZ, Clerk of Court |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Plaintiff Witness # 1 - MEREDITH ODEN, Plaintiff - 02/14/2000 |
| 1 | | 02/14/00 | 02/14/00 | 02/14/00 | MEMORANDUM DATED 3/8/96 TO NMC PRESIDENT, FROM NMC STUDENT |
| 2 | | 02/14/00 | 02/14/00 | 02/14/00 | LETTER DATED 03/18/96 TO MEREDITH ODEN FROM AGNES M. MCPHETRES. |
| 3 | | 02/14/00 | 02/14/00 | 02/14/00 | STATEMENT DATED 4/10/96, SIGN & DATED 4/16/96 BY MEREDITH ODEN. |
| 4 | | 02/14/00 | 02/14/00 | 02/14/00 | LETTER DATED 2/25/97 TO MEREDITH ODEN FROM AGNES M. MCPHETRES. |
| 8 | | 02/14/00 | 02/14/00 | 02/14/00 | BILLING STATEMENT FROM JARDIN ESCONDIDO COUNSELING CENTER |
| 9 | | 02/14/00 | 02/14/00 | 02/14/00 | BILLING STATEMENT FROM EASTERN NEVADA MEDICAL GROUP DATED 01/23/98 |
| | P | | 02/14/00 | | TRANSCRIPT OF ADMINISTRATIVE HEARING |
| | A | 02/14/00 | 02/14/00 | 02/14/00 | GRADE TRANSCRIPT OF COURSES TAKEN AT NMC. |
| | | | | | Plaintiff Witness #2 - MARY SUSAN SATUR, Counselor/Academic Advisor, NMC - 02/14/2000 |
| 10 | | 02/14/00 | 02/14/00 | 02/14/00 | STATEMENT OF MARY SUSAN SATUR DATED 4/10/96 |
| | | | | | Plaintiff Witness #2 - MARY SUSAN SATUR - 02/15/2000 |
| | L | 02/15/00 | 02/15/ | 02/15/00 | MEMORANDUM TO PRESIDENT AGNES MCPHETRES DATED 2/19/97 FROM COMMITTEE ON SEXUAL HARASSMENT |
| | J | 02/15/00 | 02/15/00 | 02/15/00 | NORTHERN MARIANAS COLLEGE BOARD POLICY ON SEXUAL HARASSMENT ADOPTED 8/31/93 |
| | C | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF RESTROOM AT BUILDING H |
| | F | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF RESTROOM AREA |
| | E | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF WATER TANK |
| | G | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF RESTROOM AREA FROM BOTTOM STEPS |
| | H | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF CORRIDOR LEADING TO STEPS BY RESTROOM |
| | I | 02/15/00 | 02/15/00 | 02/15/00 | PHOTOGRAPH OF ENTRANCE TO SNACK BAR |
| | | | | | Plaintiff Witness #3 - LYNN NEWPORT by deposition taken 1/18/99 read by Mr. Cushnie |
| 5 | | 0215/00 | 02/15/00 | 02/15/00 | LETTER DATED 2/25/97 TO BRUNO DALLA POZZA FROM AGNES M. MCPHETRES. |
| | | | | | Plaintiff Witness #4 - GENE SYLVESTER ODEN - 02/15/00 |
| | Q | | 02/15/00 | | AFFIDAVIT OF GENE SYLVESTER ODEN |
| | | | | | PLAINTIFF REST - 02/15/2000 |
| | | | | | DEFENDANT"S CASE: |
| | | | | | 1) BRUNO DALLA POZZA |
| | | | | | DEFENDANT REST - 02/15/2000 |
| | | | | | PLAINTIFF'S REBUTTAL WITNESS - 1) MEREDITH ODEN - 02/15/2000 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.