UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

Clerk
District Court

APR - 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| MEREDITH ODEN,<br><br>     Plaintiff - Appellant,<br><br>V.<br><br>NORTHERN MARIANAS COLLEGE; et al.,<br><br>     Defendants - Appellees. | No.  00-16594<br>D.C. No.  CV-98-00020-ARM<br><br><br><br>**JUDGMENT** |
| MEREDITH ODEN,<br><br>     Plaintiff - Appellant,<br><br>V.<br><br>NORTHERN MARIANAS COLLEGE,<br><br>     Defendant - Appellee. | No.  03-16802<br>D.C. No.  CV-01-00032-GA<br><br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the Northern Mariana Islands.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Northern Mariana Islands and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED as to 00-16594. The appeal in 03-16802 is DISMISSED**.

Filed and entered 03/06/06



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 2 8 2006

by
Deputy Clerk